# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
CACERES-MEJIA, JUANITA
AKA: CONCEPCION, RENCA; PATRICIA CONCEPCION; AND FLORES, MANTECA

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 70542

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than February 08, 2007 in Santa Clara in the Northern District of California defendant(s) did, (Track Statutory Language of Offense)

Unlawfully re-enter the United States after arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security.

in violation of Title  8  United States Code, Section(s)  1326 .

I further state that I am a(n)  Special Agent  and that this complaint is based on the following
                                    Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and

a Term of Supervised Release up to three years.

Requested bail: Issue no ~~bail warrant~~ / government will request detention.

APPROVED AS TO FORM: _____
                    ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

9/17 , 2007                          at  San Jose, California
Date                                         City and State

Patricia V. Trumbull                      _____
United States Magistrate Judge            Signature of Judicial Officer
Name & Title of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT PERCY ORUM**

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), formerly known as the United States Immigration and Naturalization Service ("INS"). The departmental change from INS to ICE became effective on March 01, 2003, pursuant to Executive Orders of the Homeland Security Act. I have been employed with INS/ICE since March 05, 1980. I am currently assigned to the Alien Criminal Apprehension Program ("ACAP") Unit of the San Jose Sub-office. In such capacity, I have reviewed the official file relating to the below named individual, which attests to the following:

(1) CACERES-MEJIA, JUANITA ("CACERES-MEJIA") a/k/a CONCEPCION, RENCA, PATRICIA CONCEPCION LARA-RENCA, AND FLORES, MANTECA is a 39-year-old female native and citizen of Mexico, who has used thirty-six (36) aliases and twelve (12) dates of birth in the past.

(2) CACERES-MEJIA, has been assigned an Alien Registration number of A070 146 044, FBI number of 377454MA8, a California Criminal Information Index number of A09555798, and a California Department of Corrections number W053869.

(3) On February 27, 1997, CACERES-MEJIA was convicted in the United States District Court, Northern District of the State of California, for the offense of DEPORTED ALIEN FOUND IN THE UNITED STATES SUBSEQUENT TO FELONY, in violation of Title 8, United States Code, Section 1326(b)(1).

(4) On June 30, 1994, CACERES-MEJIA was convicted in the Superior Court of the State of California, County of San Luis Obispo, for the offense of BURGLARY, a FELONY, in violation of Section 459 of the California Penal Code. This was defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(G).

(5) A check through ICE's records shows that CACERES-MEJIA was arrested and deported on three (03) occasions from the United States: on January 20, 1995 and October 02, 1998 at Calexico, California, on April 20, 2004 at San Ysidro, California.

(6) CACERES-MEJIA last entered the United States at or near an unknown place and date after April 20, 2004 by crossing the international border without inspection subsequent to deportation.

(7) CACERES-MEJIA, on a date unknown, but no later than February 08, 2007, was found in the United States, San Jose, California after deportation without the permission of the Attorney General or the Secretary of the Homeland Security, in

violation of Title 8, United States Code, Section 1326.

(8)   On June 04, 2005, CACERES-MEJIA was booked into the Santa Clara County Jail, San Jose, California for violation of California Penal Code Section 148.9 (Giving False Information to a Peace Officer). CACERES-MEJIA was released prior to ICE being notified that she was in custody. In prior sworn statements on November 01, 1996 and April 20, 2004, CACERES-MEJIA was advised of her **Miranda** rights waived them and gave sworn statements. CACERES-MEJIA admitted alienage, prior deportation, and her failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after being deported. Additional information concerning alienage, having previously been deported and CACERES-MEJIA's failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after deportation was obtained from CACERES-MEJIA's alien file, ICE, state, FBI, and local checks.

(9)   On February 08, 2007, a latent print examiner at the Santa Clara County Sheriff's Department compared CACERES-MEJIA's June 04, 2005 Santa Clara County booking fingerprints, with her November 01, 1996 sworn statement fingerprints and the fingerprints on the executed Warrants of Deportation. The latent print examiner determined that the fingerprints were identical and related to CACERES-MEJIA.

(10)  There is no record in the official file of the United States Department of Homeland Security, Immigration and Customs Enforcement that CACERES-MEJIA ever applied to the Attorney General or the Secretary of the Homeland Security to reenter the United States after deportation.

(11)  CACERES-MEJIA listed an address of 2921 Erwin Dale Drive, San Jose, California as her residence when was arrested and booked into the Santa Clara County Jail, San Jose, California on June 03, 2005.

//
//
//
//
//
//
//
//
//
//
//
//
//

(12)   On the basis of the above-described information, there is probable cause to believe that CACERES-MEJIA illegally entered the United States, in violation of Title 8, United States Code, Section 1326. CACERES-MEJIA was found in the United States after having been deported, and she had not sought permission from the United States Attorney General or the Secretary of the Homeland Security to re-enter the United States.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Percy Orum
Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me this 17 day of Sept., 2007.

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE